UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY ANN JENISH,

    Plaintiff,

vs.

    Case No. 05-73648

    HON. GEORGE CARAM STEEH

MONARCH VELO, L.L.C. et al.,

    Defendants.
_____/

## ORDER DISMISSING SHOW CAUSE

The court issued an Order to Show Cause on May 23, 2006, ordering plaintiff's counsel to show good cause why he should be excused from mandatory e-filing, per Local Rule 5.1.1(a). Plaintiff's counsel responded by demonstrating that he has completed the online ECF training and has received a login and password to the ECF system.

    IT IS HEREBY ORDERED that the court's Order to Show Cause be DISMISSED.

    S/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

Dated: June 13, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 13, 2006, by electronic and/or ordinary mail.

    S/Josephine Chaffee
    Secretary/Deputy Clerk